ACCEPTED
06-15-00064-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/19/2015 9:37:55 PM
DEBBIE AUTREY
CLERK

## 06-15-00064-CR

| | | |
|---|---|---|
| **JONATHAN RAY SHEPHERD** | § | IN THE SIXTH COURT OF |
| | § | |
| **vs.** | § | APPEALS |
| | § | |
| **STATE OF TEXAS** | § | TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/20/2015 9:54:00 AM
DEBBIE AUTREY
Clerk

### FIRST  UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now Comes , **JONATHAN RAY SHEPHERD** Appellant in the above styled matter, and brings

this his First Unopposed Motion for Extension of Time to File Brief  pursuant to Tex. R. App.

10(b) and would show the Court as follows:

**(A) the deadline for filing the item in question;**

The current deadline for appellant to file his brief is **October 16, 2015**

**(B) the length of the extension sought;**

The appellant request that Court extend the deadline to file the appellant's brief until **December 1, 2015.**

**(C) the facts relied on to reasonably explain the need for an extension; and**

The record on this appeal is substantial.  The reporter record is twenty volumes and fills an entire banker's box.  This case involves a capital murder conviction wherein the defendant received an automatic life sentence.   Counsel has been on the appellate case for approximately 45 days and has begun an exhaustive review of the record.  Although, counsel has diligently sought to complete the review and drafting of the appellate brief counsel was not able to complete the drafting of the brief by the October 16, 2015 deadline.

**(D) the number of previous extensions granted regarding the item in question**

Counsel has not previously been granted an extension.  The Court did extend the deadline for the

appellant to file the brief upon counsel's substitution into this case.

**WHEREFORE, PREMISES CONSIDERED, JONATHAN RAY SHEPHERD** prays that the Court enter an order granting an extension until December 1, 2015 for the appellant to file his brief.

Respectfully submitted,

The Law Office of Russell Wilson II
1910 Pacific Ave
Dallas, TX 75201
Tel: 4695730211
Fax: 972-704-2907

By:/S/ Russell Wilson II_____
     Russell Wilson II
     State Bar No. 00794870
     Attorney for **JONATHAN RAY SHEPHERD**

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2015, a true and correct copy of the above and foregoing document was served on the Upshur County District Attorney's Office, by email.

S/ Russell Wilson II_____
Russell Wilson II

## CERTIFICATE OF CONFERENCE

I conferred with opposing counsel regarding an extension of time in this case was notified that counsel did not oppose this an extension of time

S/ Russell Wilson II_____
Russell Wilson II